## (January 25, 1965)

■  THE PEOPLE OF THE STATE OF NEW YORK ex rel. BURTON GRAHAM, Petitioner, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied. The issue of the voluntariness of a confession cannot be entertained in a habeas corpus proceeding. The remedy is by way of application in the nature of a writ of error *coram nobis* to the trial court (*People* v. *Huntley,* 15 N Y 2d 72). The petition is otherwise insufficient on its face. Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

## (January 26, 1965)

■  JOSEPH FERRI, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 37221.) — *Per Curiam.* The State appeals from a judgment of the Court of Claims. The claimant's proof of value of the land directly taken comprising about 1.226 acres did not warrant an award in excess of $4,060. We find no satisfactory evidence in the record to support an award for indirect damages to that part of claimant's premises zoned for commercial use upon the theory of deprivation or diminution of its access to Route 9W. In our view the consequential damages to the remainder of claimant's property zoned for residential use should not exceed $8,100. Judgment modified, on the law and the facts, by reducing the amount awarded to $12,160, with appropriate interest, and, as so modified, affirmed, without costs. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.